Pro Se Intake Unit
U.S. District Court, Southern District of New York
500 Pearl Street
New York, NY 10007

RECEIVED
SDNY PRO SE OFFICE
2018 AUG -6 PM 2:14
S.D. OF N.Y.

JUAN PABLO CHAVEZ
SUI JURIS
Write the full name of each plaintiff or petitioner.

Case No. 17 cv 9572

-against-

British Broadcasting Corp.
et al.
Write the full name of each defendant or respondent.

Letter re: ○ Response 1.B
○ Take judicial notice of email to chambers.
○ Request for oral argument.

PRO SE

1. The clinic believed the submission of this letter may be overlooked in Response 1.A. Please grant extension of time for show of good cause.
2. Please take notice of all emails to chambers from reasonlogiclaw@gmail and jchavez@alumni.berklee.edu
3. Please order an oral argument to defend against motion to dismiss.

Aug 4, 2018
Dated

[Signature]
Signature

JUAN P. CHAVEZ
Name

Prison Identification # (if incarcerated)

1355 [scribble] NEW YORK AVE NE   WASHINGTON  D.C.  20002
Address                             City          State    Zip Code

(202) 643-3LAW         jchavez@alumni.berklee.edu
Telephone Number (if available)   E-mail Address (if available)

pg 1 of 3

## PRAYER FOR RELIEF

1. Please take notice of all emails to chambers from reasonlogiclaw@gmail.com; jchavez@alumni.berklee.edu; time.space.energy.mgmt@gmail.com?

2. Please grant extension of time (Response, JA)?

3. Please order Oral argument?

Thank you.

*[signature]*

pg 2 of 3     Aug 6, 2018

July 30, 2018

*This was prepared by the pro se clinic.*

Hon. John G. Koeltl
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

RE: Chavez v. The British Broadcasting Corporation et al.; 1:17-cv-09572-JGK
Extension Request

Dear Judge Koeltl:

I am writing to respectfully request an extension on the July 30, 2018 deadline to file my response to Defendant's Motion to Dismiss.

I ask that the court grant me an extension until September 7, 2018 to file my response. This is my second request for extension of time on this deadline. On July 3, 2018 Your Honor granted my first request for an extension on this deadline. I am requesting this extension because I am *pro se*, and I have been in and out of the hospital in GA and D.C. since the extension was granted, and ~~have recently returned to~~ *I arrived in* New York *today* and am working on getting established here.

I called opposing counsel, Jason Joyal, this afternoon to ask if Defendant consents to this extension and left a message.

*Show of Good Cause*

Respectfully,

Juan Pablo Chavez
1355 New York Ave NE
Washington, DC 20002

*I have NO MONEY until Aug 1st when I receive my 1st SSI disability check. Please give me until, at least, FRIDAY AUGUST 3RD, 2018? Thank you.*

*The pro se clinic felt the submission of this letter in Response 1.A was unclear.*

*pg 3 of 3*