UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JUAN PABLO CHAVEZ,

                Plaintiff,

- against -

THE BRITISH BROADCASTING CORP.,
ET AL.,

                Defendants.

17-cv-9572 (JGK)

MEMORANDUM OPINION
AND ORDER

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

---

JOHN G. KOELTL, District Judge:

The court has received a document entitled "Quae Corum Nobis Resident." This is a motion for reconsideration or an application to file another amended complaint.

The standards applicable to a motion for reconsideration are well established. "[R]econsideration will generally be denied unless the moving party can point to controlling decisions or data that the court overlooked -- matters, in other words, that might reasonably be expected to alter the conclusion reached by the court." Lesch v. United States, 372 F. App'x 182, 183 (2d Cir. 2010) (citing Shrader v. CSX Trasp., Inc., 70 F.3d 255, 257 (2d Cir. 1995)). The plaintiff has failed to point to any facts or controlling law that the court overlooked. The plaintiff has failed to state a copyright claim because he lacks a copyright registration. The plaintiff failed to allege a viable trademark claim because he failed to establish that the defendants did not have a right to describe his music as it did. Moreover, the

plaintiff has failed to explain how the Court erred in denying any dilution claim.

With respect to the application to file yet another amended complaint, the plaintiff has not offered such an amended complaint and has failed to explain how any amended complaint could cure the deficiencies the Court noted in the last complaint.

The motion is denied. The Clerk is directed to enter judgment dismissing this case. The Clerk is also directed to close all pending motions and to close this case.

**SO ORDERED.**

**Dated:** **New York, New York**
**September 16, 2019**

_____
John G. Koeltl
**United States District Judge**

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

JUAN PABLO CHAVEZ, SUI JURIS

v.

THE BRITISH BROADCASTING CORP.,
et al.

UNUSUAL CASE #:
17-cv-9572

60(B)(6)

## QUAE CORUM NOBIS RESIDENT

### I. OVERLOOKED CONTROLLING DECISIONS & FACTUAL MATTERS

1. CHAVEZ DESERVES TO PROCEED ANONYMOUSLY; pseudonymously

   A. The defendants are retaliating against Chavez and causing harm to innocent non-parties, to wit... JOHNNY ARLO, et al.

2. Chavez does <u>not</u> have a stage name. JOHNNY ARLO is a loan-out company, a musical personna, or work series

3. JOHNNY ARLO is not a stage name.

### II. SPECIAL SOLICITUDE

1. Please provide Chavez diliberate, continuing efforts to make certain he understands how to take advantage of his opportunity to speak to the strength of his marks. What are the elements probative of aquired secondary meaning?

### III. ADMINISTRATIVE PROCEDURE ACT & THE U.S. COPYRIGHT OFFICE ("JOHN DOE #1, Defendant")

1. Chavez did what he was supposed to hold the deed to Performing Arts work "thisisgoingtokillmeRnd4.mp3"

III. 2. Please order the copyright office to approve the title registration? They said they would! Chavez met the requested objectives.

IV. <u>De novo review in the 2nd Circuit</u>

1. After providing the relief requested herein... please allow a liberal amendment of pleadings including a second amended complaint reviewed de novo on appeal?

V. CONCLUSION: EXTRAORDINARY PAUPER PRODUCES BBC & "AMERICAN" IDOL.

1. This is so wrong! They gave Chavez credit?! No, they didn't. And they didn't pay him or secure licenses for an unpublished work they distributed on TV. They're lying to you and using procedural intricacies to have his natural title turned over to them and deny him his day in court! CHAVEZ will prevail when you provide him the benefits of his special solicitude, approve his copyright "application" and grant leave to amend liberally. JOHNNY ARLO isn't a stage name.

Thank you for reconsidering! Please do whatever you can?

Sincerely,

[signature]

Fri. July 26, 2019
8:53 P.M. EST
NYC, NY

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

JUAN PABLO CHAVEZ, SUI JURIS

v.

THE BRITISH BROADCASTING CORP.,
et al.

UNUSUAL CASE #:
17-CV-9572

60(B)(6)

### QUAE CORUM NOBIS RESIDENT

## I. OVERLOOKED CONTROLLING DECISIONS & FACTUAL MATTERS

1. CHAVEZ DESERVES TO PROCEED ANONYMOUSLY & pseudonymously
   A. The defendants are retaliating against Chavez and causing harm to innocent non-parties, to wit... JOHNNY ARLO, et al.
   2. Chavez does **not** have a stage name. JOHNNY ARLO is a loan-out company, a musical personna, or work series
   3. JOHNNY ARLO is not a stage name.

## II. SPECIAL SOLICITUDE

1. Please provide Chavez diliberate, continuing efforts to make certain he understands how to take advantage of his opportunity to speak to the strength of his marks. What are the elements probative of aquired secondary meaning?

## III. ADMINISTRATIVE PROCEDURE ACT & THE U.S. COPYRIGHT OFFICE ("JOHN DOE #1, Defendant")

1. Chavez did what he was supposed to hold the deed to performing arts work "thisisgoingtokillmeRnd4.mp3"

III. 2. Please order the copyright office to approve the title registration? They said they would! Chavez met the requested objectives.

IV. <u>De novo review in the 2nd Circuit</u>

1. After providing the relief requested herein... please allow a liberal amendment of pleadings including a second amended complaint reviewed de novo on appeal?

V. CONCLUSION: EXTRAORDINARY PAUPER PRODUCES BBC & "AMERICAN" IDOL.

1. This is so wrong! They gave Chavez credit?! No, they didn't. And they didn't pay him or secure licenses for an unpublished work they distributed on TV. They're lying to you and using procedural intricacies to have his natural title turned over to them and deny him his day in court! CHAVEZ will prevail when you provide him the benefits of his special solicitude, approve his copyright "application" and grant leave to amend liberally. JOHNNY ARLO isn't a stage name.

Thank you for reconsidering! Please do whatever you can?

Sincerely,

*[signature]*

Fri. July 26, 2019
8:53 P.M. EST
NYC, NY

# STAPLES
Make More Happen

Low prices. Every item. Every day.

Store No: 0953

5 Union Square West

New York, NY 10003

212-929-6323

262626 00 026 09580
Receipt #: 09580        07/26/2019 21:16

Rewards Number 2354083327

| Qty | Description | Amount |
|---|---|---|
| 4 | Color Copy - 233586 | 2.36 |
| 4 | 28lb Paper - 24345900 | 0.04 |
|   | SubTotal | 2.40 |
|   | Taxes | 0.21 |
|   | Total | USD $2.61 |

MasterCard #:************6599 [C]
PayPal
Chip Read
Auth No.: 2BUCND
Mode: Issuer
AID: A0000000041010
NO CVM

The Cardholder agrees to pay the Issuer of the charge card in accordance with the agreement between the Issuer and the Cardholder.

Compare and Save
With Staples-brand products.
THANK YOU FOR SHOPPING AT STAPLES!



09530726190958026

## Ship, print, shred and save

**SHIP 7 DAYS A WEEK — NIGHTS AND WEEKENDS.**

---

### 10% off
### shipping.

Valid through 8/31/19.

**Coupon code: 99707**

Valid in Staples® U.S. stores only. Excludes postage stamps. While supplies last. Limit one coupon per customer, nontransferable. Offer is subject to change or cancellation at any time. Each item purchased can only be discounted by one coupon, applied by cashier in the order received. Coupon not valid if purchased or sold and must be surrendered. No cash/credit back. Not valid on prior purchases or purchases made with Staples® Procurement or Convenience Cards. Coupon value applied pre-tax. Expires 8/31/19.    ☐ Staples

---

### $5.99 each
for customizable drawstring sports packs when you order 12 or more.

$2.99 each when you order 48 or more.
Expires 9/28/19.    ☐ Staples

---

### Free shredding up to 2 lb.

**Coupon code: 59040**

Valid in Staples® U.S. stores only. While supplies last. Limit one coupon per customer, nontransferable. Offer is subject to change or cancellation at any time. Each item purchased can only be discounted by one coupon, applied by cashier in the order received. Coupon not valid if purchased or sold and must be surrendered. No cash/credit back. Not valid on prior purchases or purchases made with Staples® Procurement or Convenience Cards. Coupon value applied pre-tax. Expires 8/31/19.    ☐ Staples

P920254

Chief Maestro Cannel c/o wear 80Z Army
322 W. 48th St
New York, NY 10036

To: Hon. John Koeltl (GWG)
c/o Pro Se Intake Unit
500 Pearl St
NY, NY 10007

RECEIVED
19 JUL 26 PM 9:48
U.S. DISTRICT COURT
S.D.N.Y.

USMS SDNY
19-9512
2019 JUL 29 AM 10:30
S.D.N.Y. PRO SE OFFICE